CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RK6
MAY 03 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN JOHNSON,<br>Plaintiff, | )<br>)  Civil Action No. 7:05-cv-00219<br>) |
| v. | )  **ORDER**<br>) |
| MARK WARNER, et al.,<br>Defendants. | )  By: Hon. Jackson L. Kiser<br>)  Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that plaintiff's request for injunctive relief shall be and hereby is **DENIED**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 3rd day of May, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge