# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **KEVIN JOHNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:05CV00219 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MARK WARNER, ET AL.,** | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations dated August 4, 2008 (#311) to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the defendants R. Hunsucker, A. Narramore, and C. Boyd (#288) is granted in part and denied in part;

4. The motion for summary judgment is denied as to A. Narramore and C. Boyd;

5. The motion for summary judgment is granted as to R. Hunsucker and judgment is entered in favor of said defendant and said defendant is dismissed as a party to this case.

ENTER: August 25, 2008

/s/ JAMES P. JONES
Chief United States District Judge